164 So.2d 350

**Mrs. Alta Boudreaux CHAMPAGNE,
Widow of George Champagne,**

v.

**Roy J. MARMANDE, Fireman's Insurance
Company, Elward M. Voisin and Mary-
land Casualty Company.**

No. 47247.

May 27, 1964.

In re: Mrs. Alta Boudreaux Champagne, etc., applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Terrebonne. 162 So.2d 220.

Writ refused. On the facts found by the Court of Appeal there is no error of law in its judgment.

164 So.2d 350

**CITY OF NEW ORLEANS**

v.

**Mrs. Cora COMEAUX, widow of Anthony
Andrew O'KREPKI, et al.**

No. 47250.

May 27, 1964.

In re: Mrs. Cora Comeaux, widow of Anthony Andrew O'Krepki, et al. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 162 So.2d 76.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.